IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THE BUCKLE, INC., a Nebraska corporation;<br><br>Plaintiff,<br><br>vs.<br><br>MANNINGTON MILLS, INC., a New Jersey corporation; and LARRY MITHELMAN, an individual;<br><br>Defendants. | **8:16CV432**<br><br>**AMENDED PROGRESSION ORDER** |

The Defendant Mannington Mills, Inc. has filed an unopposed motion to amend certain deadlines. ([Filing No. 58](#)). The defendant subsequently filed an amended unopposed motion encompassing the same requests for deadline amendment. ([Filing No. 59](#)). Accordingly,

IT IS ORDERED that the final progression order ([Filing No. 36](#)) is amended as follows:

1) The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is February 15, 2018. Motions to compel Rule 33 through 36 discovery must be filed by March 1, 2018.
**Note:** Motions to compel shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

2) Defendants' complete expert disclosures shall be served on or before November 15, 2017.

3) The deposition deadlines are:

    For fact witnesses:    February 15, 2018.

    For expert witnesses:    April 15, 2018.

4) The deadline for filing motions to dismiss and motions for summary judgment is May 30, 2018.

5) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is May 30, 2018.

6) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

Dated this 27th day of September, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge