IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| THE BUCKLE, INC., a Nebraska corporation; | 8:16CV432 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| MANNINGTON MILLS, INC., a New Jersey corporation; and LARRY MITHELMAN, an individual; | |
| Defendants. | |

On February 23, 2018, Defendant Mannington Mills, Inc. ("Defendant") filed a Motion for Sanctions for Spoliation of Evidence, (Filing No. 76), with Plaintiff's response due on or before March 9, 2018. See NECivR 7.1(b)(1)(B). On February 27, 2018, Plaintiff filed a Motion for Leave to File a Supplemental Expert Report, (Filing No. 78), with Defendant's response due or before March 13, 2018. See NECivR 7.1(b)(1)(B). To date, the parties have not responded to their opponent's pending motions.

Accordingly,

IT IS ORDERED that on or before March 21, 2018, the parties will each show cause why the court should not summarily grant the motions at Filing Nos. 76 and 78 as unopposed.

Dated this 15th day of March, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge